IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 05-40077-GPM-1 |
| STANLEY H. HAPPOLD, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Before the Court is Mr. Happold's pro se motion for relief, titled "motion to reopen 28 USC 2255 proceedings under the authority of the savings clause and treate [sic] as a 28 USC 2241 proceeding" (Doc. 25). Mr. Happold's motion is **DENIED**. Mr. Happold appears to be under the assumption that a 28 U.S.C. § 2255 motion is pending. There is no such motion pending in this District. If Mr. Happold wishes to file a § 2255 motion, he may use the forms available from the Clerk's office. However, the Court warns Mr. Happold that filing a § 2255 motion carries drastic consequences, including restrictions on successive habeas motions. *See Williams v. United States,* 366 F.3d 438, 439 (7th Cir. 2004); *Nolan v. United States,* 358 F.3d 480, 485 (7th Cir. 2004).

**IT IS SO ORDERED.**

DATED: April 28, 2011

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge